ASHTON M. RILEY (SBN 310528)
ariley@fisherphillips.com
SAMANTHA E. CARDARELLI (SBN 339909)
scardarelli@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants
PICK-N-PULL AUTO DISMANTLERS, LLC
AND RADIUS RECYCLING, INC.


EBONAE WEBB – PRO SE
PLAINTIFF, IN PRO PER
P. O. Box 5353
Vallejo, California 94591
Telephone: (510) 815-8216
Email: kingjesus.tmd@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONAE WEBB,<br><br>            Plaintiff,<br><br>     v.<br><br>PICK-N-PULL AUTO DISMANTLERS, LLC; RADIUS RECYCLING, INC. (formerly Schnitzer Steel Industries, Inc.); and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO.: 2:26-CV-00638-TLN-CSK PS<br><br>Assigned to Magistrate Judge Chi Soo Kim<br><br>*[Removed from Solano Superior Court Case No. CU26-00201]*<br><br>**MODIFIED ORDER RE: JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAY PROCEEDINGS**<br><br>Complaint Filed:  January 8, 2026<br>Trial Date:          None Set |

1

MODIFIED ORDER

FP 63761360.1

# **MODIFIED ORDER**

Having reviewed the Parties' Joint Stipulation to Submit Plaintiff's Claims to Arbitration and Stay Proceedings, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     This action entitled *Ebonae Webb v. Pick-N-Pull Auto Dismantlers, LLC, et al.* (U.S. District Court for the Eastern District of California Case No. 2:26-CV-00638-TLN-CSK PS, hereinafter the "Action") is hereby stayed, and all Plaintiff's claims against Defendants that are or could have been alleged in the Action shall be submitted to binding arbitration in accordance with the Arbitration Agreement Plaintiff executed, attached to the parties' Joint Stipulation as Exhibit A (ECF No. 12-1);

2.     The arbitration proceeding shall fully comply with the requirements of *Armendariz v. Foundation Health Psychcare Services, Inc.* (2000) 24 Cal. 4th 83, in that the arbitration shall: (a) provide a neutral arbitrator; (b) allow sufficient discovery; (c) provide all types of relief available to Plaintiff that otherwise would be available in court; (d) provide a written arbitration award given by the arbitrator. Defendant shall pay all arbitrator's fees and all costs unique to arbitration pursuant to *Armendariz, supra,* 24 Cal. 4th at 102, 118; *Fitz v. NCR Corp.* (2004) 118 Cal. App. 4th 702, 712-713;

3.     This Court shall retain jurisdiction to enforce the Stipulation and Order Submitting the Action to Binding Arbitration and any subsequent Arbitration Award in accordance with 9 U.S.C. § 9; and

4.     The parties shall file a joint status report within 90 days of the date of this order, and every 90 days thereafter, to advise the court of the status of the arbitration proceedings. The parties shall also file a joint status report notifying the court that arbitration proceedings have concluded within 14 days of the issuance of the arbitrator's decision.

FP 63761360.1

IT IS SO ORDERED.

Dated: 5/22/2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

MODIFIED ORDER

FP 63761360.1